UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                              Criminal No. 09-cr-64-01/2-JL

<u>Darrell Cook et al</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 19) filed by defendant is granted. Continuance is limited to 60 days.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joe Laplante
_____
Joseph N. Laplante
United States District Judge

Date:  May 19, 2009


cc: David W. Ruoff, Esq.
    Jonathan Saxe, AFD
    Clyde R. W. Garrigan
    U.S. Marshal
    U.S. Probation