UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 09-cr-64-02-JL

<u>Thomas Michael Pillsbury</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 23) filed by defendant is granted.  No further continuances without a hearing.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                _____
                Joseph N. Laplante
                United States District Judge

Date:  July 22, 2009


cc: Jon Saxe, AFD
   David Ruoff, Esq.
   Clyde Garrigan, AUSA
   U.S. Marshal
   U.S. Probation

Case 1:09-cr-00064-JL   Document 24   Filed 07/22/09   Page 2 of 2